NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBIN D. WOO,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7031

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 09-722, Judge Lawrence B. Hagel.

---

**JUDGMENT**

---

ZACHARY M. STOLZ, Chisholm, Chisholm & Kilpatrick, of Washington, DC, argued for claimant-appellant.

JAMES R. SWEET, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and AMANDA BLACKMON, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* O'MALLEY and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 13, 2011     /s/ Jan Horbaly
Date            Jan Horbaly
Clerk